**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____     Chapter   **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ferrellgas Partners, L.P.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **43-1698480** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7500 College Boulevard**<br>**Overland Park, KS 66210**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Johnson**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **ferrellgas.com** |

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

■ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Ferrellgas Partners, L.P.**                                         Case number (*if known*) _____
      Name

| | |
|---|---|
| **7.** | **Describe debtor's business** |

    A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

    B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
       See http://www.uscourts.gov/four-digit-national-association-naics-codes.
       **4238**

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply:*

  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☒ A plan is being filed with this petition.

  - ☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☐ No
- ☒ Yes.

| Debtor | **Ferrellgas Partners Finance Corp.** | Relationship | **Subsidiary** |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known _____ |

---

| Debtor | **Ferrellgas Partners, L.P.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**     .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☑ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☑ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Ferrellgas Partners, L.P.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     01/10/2021
          MM / DD / YYYY

**X**    /s/ James E. Ferrell                             **James E. Ferrell**
    Signature of authorized representative of debtor           Printed name

Title    **Chief Executive Officer and President**

---

**18. Signature of attorney**

**X**    /s/ William E. Chipman, Jr.                Date    01/11/2021
    Signature of attorney for debtor                       MM / DD / YYYY

**William E. Chipman, Jr.**
Printed name

**CHIPMAN, BROWN, CICERO & COLE, LLP**
Firm name

**1313 N. Market Street**
**Suite 5400**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **(302) 295-0193**       Email address    **Chipman@chipmanbrown.com**

**3818 DE**
Bar number and State

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><strong>Ferrellgas Partners, L.P.</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: <strong>DISTRICT OF DELAWARE</strong></td></tr>
<tr><td colspan="2">Case number (if known): _____</td></tr>
</table>

☐  Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Bank National Association, trustee Global Corporate Trust 5715 Burlington Lane Olive Branch, MS 38654** | | **Note Payable** | | | | **$392,057,896.00** |
| **Ferrellgas, L.P. 7500 College Boulevard Overland Park, KS 66210** | | **Loan** | | | | **$19,900,000.00** |
| **Eddystone Rail Company, LLC 5 Industrial Highway Eddystone, PA 19022** | | **Litigation** | **Contingent Unliquidated Disputed** | | | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

# United States Bankruptcy Court
### District of Delaware

In re   **Ferrellgas Partners, L.P.**

                     Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| ACHILLES PANTAZAKOS & ANDREA PANTAZAKOS | | 100.00 | |
| AHMAD M SHIHADEH & NAWAL B SHIHADEH JT T | | 1,000.00 | |
| ALAN KLEINWACHTER | | 29.00 | |
| ALANNA STEWART | | 2.00 | |
| ALBIN S POLONYI & ALBIN S POLONYI JR JT | | 100.00 | |
| ALICE M DE LA COVA & JOSEPH V DE LA COVA | | 1,400.00 | |
| ALICIA ZAROUNI | | 1,000.00 | |
| ALVIN G WILHELM & PATRICIA WILHELM JT TE | | 200.00 | |
| ANGELO GENTILE | | 300.00 | |
| ANGELO GENTILE | | 100.00 | |
| ANN M DARNALL | | 100.00 | |
| ANNA E BRIXLER | | 10.00 | |
| ARDEN MCCONNELL TR UA 08/15/1990 MCCONNE | | 100.00 | |

Sheet  1 of 31 in List of Equity Security Holders

In re:  **Ferrellgas Partners, L.P.**                             Case No. _____

_____
                                   **Debtor(s)**

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ASHLEY BILLINGS & SHIRLEY BILLINGS JT TE** | | **100.00** | |
| **BARRY L DAVIS & KATHY B DAVIS JT TEN** | | **15.00** | |
| **BENJAMIN S MORSE** | | **1,000.00** | |
| **BERNARD J HARR** | | **100.00** | |
| **BETTY L DENNERLEIN TR UA 10/31/2013 BETT** | | **100.00** | |
| **BILL A EASTER & CAROLYN S EASTER JT TEN** | | **1,000.00** | |
| **BILLIE A EASTER & CAROLYN S EASTER JT TE** | | **1,000.00** | |
| **BLOSSMAN GAS INC** | | **100.00** | |
| **BOB L MCCULLOUGH TR BOB L MCCULLOUGH TRU** | | **71.00** | |
| **BONNIE F CAMPBEL & ROY H CAMPBELL JT TEN** | | **200.00** | |
| **BONNIE HOLDORF** | | **500.00** | |
| **BRIAN F GRIESEL** | | **100.00** | |
| **BRITTANY N WIECH** | | **2.00** | |

In re:    **Ferrellgas Partners, L.P.**                                                    Case No. _____

                                          **Debtor(s)**

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **BRUCE D POWELL & HENRIETTE E POWELL TR P** | | 3,100.00 | |
| **BRUCE D POWELL & HENRIETTE E POWELL TR U** | | 1,300.00 | |
| **BRUCE W HOSTLER & VIOLA S HOSTLER JT TEN** | | 700.00 | |
| **BRYAN R GAUS** | | 70.00 | |
| **BURCE D POWELL & HENRIETTE E POWELL TR U** | | 1,000.00 | |
| **C A BREINGAN & MILDRED B BREINGAN JT TEN** | | 200.00 | |
| **C A BREINGAN & MILDRES B BREINGAN JT TEN** | | 300.00 | |
| **CAMBRIA LYNN MORGAN** | | 100.00 | |
| **CANDACE L MITCHELL** | | 3,000.00 | |
| **CANDACE L MITCHELL** | | 2,750.00 | |
| **CARLOS J HERMOSILLO TOD CECILIA HERMOSIL** | | 2,000.00 | |
| **CARLOS T REYES & JUDY A REYES JT TEN** | | 100.00 | |
| **CAROL HILS & KARL HILS JT TEN** | | 200.00 | |

In re:  **Ferrellgas Partners, L.P.**                                    Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| CAROL LEE BANDA | | 434.00 | |
| CAROL LUPI & VICTOR LUPI JT TEN | | 54.00 | |
| CAROL P EVANS | | 334.00 | |
| CAROLE B GOLDSTEIN | | 525.00 | |
| CAROLYN M PALMER TOD BREND P LEE SUBJECT | | 333.00 | |
| CAROLYN M PALMER TOD DEBBIE P SANFRATELL | | 333.00 | |
| CAROLYN S WATERS & LARRY L WATERS JT TEN | | 250.00 | |
| CASEY CLAUSEN | | 35,000.00 | |
| CHARLENE L BRENNAN & EDWARD M BRENNAN JT | | 50.00 | |
| CHARLES A WILLIAMS | | 93.00 | |
| CHARLES P MARVEL & CAROL M MARVEL TR UA | | 264.00 | |
| CHARLES RUBENSTEIN | | 20,000.00 | |
| CHARLES S BARTHOLOMEW | | 10,100.00 | |

In re:  **Ferrellgas Partners, L.P.**                                              Case No. _____
                                    **Debtor(s)**

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **CHARLES S WILLIAMS & AMELIA A WILLIAMS J** | | 100.00 | |
| **CHARLIE GILLEY** | | 7,028.00 | |
| **CHERYL ANN MARTIN CUST MARANDA MARTIN UT** | | 25.00 | |
| **CHRISTINE M U ERICKSON CUST DYLAN J ULRI** | | 100.00 | |
| **CHRISTOPHER B MORSE** | | 1,000.00 | |
| **CHRISTOPHER DECARLO** | | 20.00 | |
| **CHRISTY L ULRICH CUST KAMRYN L ULRICH UT** | | 100.00 | |
| **CHUCK WILLIAMS & PAMELA WILLIAM JT TEN** | | 100.00 | |
| **COLIN O ELLIOT** | | 1.00 | |
| **COMPTROLLER STATE OF NEW YORK** | | 100.00 | |
| **CONNIE BURRESS** | | 63.00 | |
| **CORRINNA LEE TR UA 12/31/14 CORRINNA LEE** | | 200.00 | |
| **COTTON BUTANE CO** | | 97,669.00 | |

List of equity security holders consists of 31 total page(s)

In re:   **Ferrellgas Partners, L.P.**                                     Case No. _____
                                                   _____
                                                          *Debtor(s)*

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **COURTNEY N UNDERWOOD & JOAN M UNDERWOOD** | | **2,200.00** | |
| **CRAIG W JOHNSON TR & REBECCA R JOHNSON T** | | **1,547.00** | |
| **CTR ENERGY LLC** | | **2,120.00** | |
| **CYNTHIA R TRIFONE** | | **3,200.00** | |
| **CYRIL NEVADOMSKI** | | **180.00** | |
| **DANIEL A TRIPLETT & PATSY B TRIPLETT JT** | | **200.00** | |
| **DANIEL J STEVENS & PAMELA C STEVENS JT T** | | **500.00** | |
| **DANNY L WILSON** | | **200.00** | |
| **DARLENE BUNELL-WILKINSON** | | **1,500.00** | |
| **DAVID A STARK** | | **86.00** | |
| **DAVID BERT BAKER & JUDITH ANNE BAKER TR** | | **100.00** | |
| **DAVID BIRD** | | **4.00** | |
| **DAVID G OHALEK** | | **500.00** | |

List of equity security holders consists of 31 total page(s)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

In re:    **Ferrellgas Partners, L.P.**
_____

Case No. _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **DAVID JAROSLAWICZ** | | **100.00** | |
| **DAVID L STALLARD TR 02/25/99 DAVID L STA** | | **600.00** | |
| **DEBRA COSTA & ANTHONY J NINO JT TEN** | | **200.00** | |
| **DEBRA COSTA CUST CONSTANCE R NINO UTMA N** | | **200.00** | |
| **DEBRA FLEURY CUST ETHAN FLEURY UTMA MI** | | **150.00** | |
| **DEBRA FLEURY CUST RYAN FLEURY UTMA MI** | | **150.00** | |
| **DELORES J GERCKEN TOD KAREN E FRICK SUBJ** | | **333.00** | |
| **DELOS S WEDGWOOD & DARLENE O WEDGWOOD JT** | | **3,000.00** | |
| **DENIS SULLIVAN** | | **108.00** | |
| **DENNIS A LUKKARI & KATHLEEN A LUKKARI JT** | | **200.00** | |
| **DIANE ADLER & HEIDI GARBER & ALAN ADLER** | | **1,597.00** | |
| **DONALD B SPOLYAR & DAVID SPOLYAR JT TEN** | | **50.00** | |

In re:  **Ferrellgas Partners, L.P.**                                    Case No. _____
                          **Debtor(s)**

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **DONALD B SPOLYAR & DAVID SPOLYAR JT TEN** | | **40.00** | |
| **DONALD D SCHONASKY & BONNIE L SCHONASKY** | | **90.00** | |
| **DONALD F WISNIEWSKI & PATRICIA A WISNIEW** | | **167.00** | |
| **DUANE M DOUGLAS** | | **100.00** | |
| **DWIGHT L VANDERPOOL & CANDICE L VANDERPO** | | **500.00** | |
| **E SCHLAVIS FREES & W PETER FREES JT TEN** | | **100.00** | |
| **EDITH A JAMES & JOSEPH W GOODENOUGH JT T** | | **30.00** | |
| **EDMOND R MORSE** | | **1,000.00** | |
| **EDWARD CHAPMAN & KAREN CHAPMAN JT TEN** | | **215.00** | |
| **EDWARD DEVICH & MARJORIE DEVICH JT TEN** | | **500.00** | |
| **EDWARD E HEILMAN & ANNA S HEILMAN JT TEN** | | **301.00** | |
| **EDWARD L STANGER & DARLENE K STANGER JT** | | **100.00** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re:  **Ferrellgas Partners, L.P.**                           Case No. _____

                                 **Debtor(s)**

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **EDWIN W WINKLER JR** | | **1,900.00** | |
| **EILEEN S FREES** | | **200.00** | |
| **ELMO HENSKE & ERMA H HENSKE JT TEN** | | **100.00** | |
| **ELMO J HENSKE & ERMA L HENSKE JT TEN** | | **200.00** | |
| **EMIL R SCHIAVONE & EMILEE S VARGO JT TEN** | | **300.00** | |
| **EMIL R SCHIAVONE & MARY S SCHIAVONE JT T** | | **300.00** | |
| **ERNA HECK TR ERNA HECK LIVING TRUST UA 0** | | **600.00** | |
| **ERNEST L KOPP TR UA 11/09/07 CURT L KOPP** | | **100.00** | |
| **FCI TRADING CORP** | | **195,686.00** | |
| **FERRELL COMPANIES INC** | | **22,144,361.00** | |
| **FERRELL PROPANE INC** | | **51,204.00** | |
| **FERRELLGAS COMPANIES INC** | | **385,000.00** | |
| **FRANCES C HOWELL** | | **1.00** | |

In re:   **Ferrellgas Partners, L.P.**                                               Case No. _____
                                         *Debtor(s)*

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **FRANK PAPA & CHRISTOPHER J PAPA JT TEN** | | **200.00** | |
| **FREDI A CARTER** | | **1,272.00** | |
| **GAIL HARTIGAN** | | **700.00** | |
| **GALEN L GLASS & CAROL A GLASS JT TEN** | | **517.00** | |
| **GARY N BALDWIN & LAURA JEAN BALDWIN JT T** | | **500.00** | |
| **GENEVA L CLABORN** | | **12,000.00** | |
| **GEORGE J SEFZIK CUST ELIJAH D SEFZIK UTM** | | **6.00** | |
| **GEORGE J SHARKEY & RUTH SHARKEY JT TEN** | | **200.00** | |
| **GEORGE J VIELKIND & BETTY J VIELKIND JT** | | **100.00** | |
| **GEORGE TEIXEIRA** | | **2,000.00** | |
| **GEORGETOWN OIL COMPANY** | | **770.00** | |
| **GERALD A COOK** | | **6,000.00** | |
| **GERARD KASSAR** | | **300.00** | |

List of equity security holders consists of 31 total page(s)

In re:    **Ferrellgas Partners, L.P.** _____     Case No. _____
                          **Debtor(s)**

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **GLENN J WHEELER JR & MARGARET A WHEELER** | | 8,752.00 | |
| **GWENDOLYN C SIROCHMAN** | | 45,100.00 | |
| **H SUE CLEARWATER & GARY D CLEARWATER JT** | | 30.00 | |
| **HAGERTY & SULLIVAN INC** | | 11,200.00 | |
| **HANNAH E WIECH** | | 2.00 | |
| **HARRY PAUL PECKMORE TR UA 05/16/2013 H P** | | 600.00 | |
| **HENRY OELKERS** | | 200.00 | |
| **HENRY W BYERS** | | 1,052.00 | |
| **HILARY A WIECH** | | 2.00 | |
| **HOMER D BACHMAN & EVANGELINE P BACHMAN J** | | 1,000.00 | |
| **HOWARD HORN** | | 161.00 | |
| **ILEANE SAFYER** | | 250.00 | |
| **ILENE M GUTMAN** | | 250.00 | |
| **ISABELL B HUDSON** | | 300.00 | |

List of equity security holders consists of 31 total page(s)

In re:  **Ferrellgas Partners, L.P.**                                           Case No. _____
                              *Debtor(s)*

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **JACOB W BIXBY** | | 20.00 | |
| **JAMES A SENTY & CATHERINE SENTY JT TEN** | | 25.00 | |
| **JAMES B WILLIAMS & SHERRI A WILLIAMS JT** | | 100.00 | |
| **JAMES D HOTTEL & REBECCA A HOTTEL JT TEN** | | 100.00 | |
| **JAMES E. FERRELL** | | 4,763,475.00 | |
| **JAMES EDWARD SCHULTE TR UA 05/14/12 JAME** | | 1,800.00 | |
| **JAMES GALLENTINE & CAROL GALLENTINE JT T** | | 100.00 | |
| **JAMES J HANSON** | | 100.00 | |
| **JAMES L MATTHEWS & GALE D MATTHEWS JT TE** | | 70.00 | |
| **JAMES R DELLAVEDOVA & SHEILA M DELLAVEDO** | | 200.00 | |
| **JAMES SZCZEPANIAK** | | 232.00 | |
| **JAMES T CYBULSKI & DELORES A CYBULSKI JT** | | 230.00 | |

In re:  **Ferrellgas Partners, L.P.** _____    Case No. _____
                                    **Debtor(s)**

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **JANET HOPKINS** | | **3,000.00** | |
| **JANET JAMES HARTMAN TR 08/13/04 JANET JA** | | **1,000.00** | |
| **JANET M SCHMIDT TOD FRANK DAVID SCHMIDT** | | **500.00** | |
| **JAY WILMER REIFF** | | **22.00** | |
| **JE NICOLOZAKES COMPANY** | | **1,000.00** | |
| **JEANETTE L NAYLOR TOD JANET S STIEGLER S** | | **1,200.00** | |
| **JEANNETTE SIEFERT TR JEANNETTE L SIEFERT** | | **640.00** | |
| **JEFF CAROTHERS** | | **106.00** | |
| **JEFFERY J GRAHAM & REBECCA S GRAHAM JT T** | | **13.00** | |
| **JEFFREY PARGAMENT CUST SAMUEL HOWARD PAR** | | **50.00** | |
| **JEROLD HESSELINK & ROGER A HESSELINK JT** | | **460.00** | |
| **JERRY C MCKENZIE TOD TREVIS S MCKENZIE** | | **83.00** | |

List of equity security holders consists of 31 total page(s)

In re:  **Ferrellgas Partners, L.P.**                                      Case No. _____
                          Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **JERRY E RUTLEDGE** | | **474.00** | |
| **JERRY M MORTON & CARRIE L MORTON JT TEN** | | **1,032.00** | |
| **JESSICA B MARVEL & DANIEL J MORAN JT TEN** | | **69.00** | |
| **JILL DUNLAP** | | **100.00** | |
| **JIM RUSHING** | | **62.00** | |
| **JO C HART** | | **200.00** | |
| **JODI M SCHENKEL** | | **100.00** | |
| **JOE HANKS** | | **196.00** | |
| **JOHN C ARNDT** | | **100.00** | |
| **JOHN C SMITH & CATHERINE L SMITH JT TEN** | | **100.00** | |
| **JOHN D MARTIN JR & LENA M MARTIN JT TEN** | | **100.00** | |
| **JOHN G MILLS & WILLIAM T MILLS JT TEN** | | **100.00** | |
| **JOHN G MILLS CUST GRAYSON W MILLS UTMA M** | | **245.00** | |

List of equity security holders consists of 31 total page(s)

In re:    **Ferrellgas Partners, L.P.**                                    Case No. _____
_____
                        **Debtor(s)**

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **JOHN G MILLS CUST JOHN M MILLS UTMA MO** | | **245.00** | |
| **JOHN GUINN RAMSAY** | | **800.00** | |
| **JOHN J MARONEY & MARY P MARONEY JT TEN** | | **3,000.00** | |
| **JOHN MC MONAGLE CUST MELISSA J MC MONAGL** | | **26.00** | |
| **JOHN NICHOLOZAKES TR UA 11/29/07 JOHN NI** | | **1,300.00** | |
| **JOHN P PLUTA** | | **1,000.00** | |
| **JOHN S FICKER & RUTH A FICKER TR UA 11/1** | | **408.00** | |
| **JOHN W CRESS** | | **1,000.00** | |
| **JOHN W FIELDS & LINDA L FIELDS JT TEN** | | **12.00** | |
| **JONI MAREK** | | **22.00** | |
| **JORDYN A DENDY** | | **2.00** | |
| **JOSEPH CHARLES TRAVIS BLACKMAN** | | **100.00** | |
| **JOSEPH E CALDWELL TOD RAYMOND L CALDWELL** | | **5,000.00** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

In re:  **Ferrellgas Partners, L.P.** _____     Case No. _____
                                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **JOSEPH F X MCQUAID & SHARYN E MCQUAID JT** | | 1,000.00 | |
| **JOYCE THERIOT & CHARLES THERIOT JT TEN** | | 658.00 | |
| **JULIE E MENDELSON** | | 250.00 | |
| **KALYN MARIE KELLER WOOD CUST CARTER LAWR** | | 12.00 | |
| **KASIANI LITSIKAS** | | 500.00 | |
| **KATE BANKS** | | 32,700.00 | |
| **KATHERINE M O'BRIEN MILLER** | | 1,500.00 | |
| **KATHERYN MARIE BOWEN** | | 108.00 | |
| **KATHLEEN G PORTER** | | 1,200.00 | |
| **KATHLEEN KOWAL** | | 100.00 | |
| **KATHRYN M COOK** | | 30.00 | |
| **KATHY SLADE CUST RICHARD BOG SLADE UTMA** | | 100.00 | |
| **KAY NICOLOZAKES TR UA 11/29/07 THE KAY N** | | 2,000.00 | |

List of equity security holders consists of 31 total page(s)

In re:   **Ferrellgas Partners, L.P.**                                    Case No. _____
                                                        _____
                                        *Debtor(s)*

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **KENNETH FLEER TR UA 06/18/96 KENNETH FLE** | | **600.00** | |
| **KENNETH RUSSELL WEATHERS** | | **100.00** | |
| **KERRY FLEURY & DEBRA FLEURY JT TEN** | | **200.00** | |
| **KERRY FLEURY CUST ETHAN FLEURY UGMA MI** | | **50.00** | |
| **KEVIN FOULKE** | | **50.00** | |
| **KEVIN S COFIELD** | | **2,300.00** | |
| **KEVIN W EDMONDS & MONICA M EDMONDS JT TE** | | **12.00** | |
| **KSEM HOLDINGS LLC** | | **2,329.00** | |
| **LARRY E HARRIS** | | **1.00** | |
| **LARRY G DRUNERT & GLADYS J DRUNERT JT TE** | | **250.00** | |
| **LARRY W MEINE 2ND TOD ON FILE SUBJECT TO** | | **370.00** | |
| **LAURENCE E MOSER** | | **50.00** | |
| **LAVERNE M FLEER TR UA 06/18/96 LAVERNE M** | | **600.00** | |

In re:  **Ferrellgas Partners, L.P.** _____    Case No. _____
                                      Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **LAWRENCE G BOURNE** | | 400.00 | |
| **LAWRENCE G BOURNE** | | 400.00 | |
| **LAWRENCE G BOURNE** | | 200.00 | |
| **LENA M SLIPSAGER & DANIEL K BIEDERMAN JT** | | 200.00 | |
| **LEONARD GREENBERG** | | 100.00 | |
| **LEONARD M GLASS TR UA 11/26/2007 THE GLA** | | 415.00 | |
| **LESTER RAYMOND SMITH SR TR UA 07/09/2013** | | 100.00 | |
| **LETICIA NUNEZ** | | 400.00 | |
| **LEWIS EDWARD WATFORD JR** | | 100.00 | |
| **LIAM E WARREN** | | 6.00 | |
| **LILLIAN M EMINHIZER** | | 10.00 | |
| **LINDA B ROSE & JAMES C ROSE TEN COM** | | 2.00 | |
| **LINDA F FOWLER PER REP DIANA F GALLI PER** | | 500.00 | |

List of equity security holders consists of 31 total page(s)

In re:  **Ferrellgas Partners, L.P.**                                    Case No. _____
                                      Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| LINDA L CLEVENGER & THOMAS R CLEVENGER T | | 4,400.00 | |
| LISA JESS SMITH | | 500.00 | |
| LORI A HARING CUST MIRIAH B HARING UTMA | | 90.00 | |
| LORI A WILLIAMS | | 13.00 | |
| LOUIS J GANCZARSKI | | 1,000.00 | |
| M C BILL WALKER III | | 50.00 | |
| MADELEINE BELDEN | | 750.00 | |
| MADELEINE BELDEN & MARK BELDEN JT TEN | | 100.00 | |
| MARC E GUTMAN | | 250.00 | |
| MARILYN HART | | 612.00 | |
| MARIO GIKA & ELISA GIKA JT TEN | | 200.00 | |
| MARJORIE AHRENHOLTZ | | 700.00 | |
| MARK DONAGHY & BARBARA DONAGHY JT TEN | | 347.00 | |
| MARK FUELLING | | 108.00 | |

In re:  **Ferrellgas Partners, L.P.** _____     Case No. _____
                                    *Debtor(s)*

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **MARTHA MAYER & RONALD MAYER JT TEN** | | 100.00 | |
| **MARVIN SLOPER** | | 100.00 | |
| **MARY ANNE ALLENDER** | | 400.00 | |
| **MARY BETH GARRISON** | | 200.00 | |
| **MARY ELLEN BELL TOD CHARLES W BELL SUBJE** | | 50.00 | |
| **MARY ELLEN BELL TOD LYNN BELL CARROLL SU** | | 50.00 | |
| **MARY FOSS & JOHN FOSS JT TEN** | | 200.00 | |
| **MARY JO JOSEPHSON** | | 100.00 | |
| **MARY NIE CUST NICOLE NIE UTMA OH** | | 4.00 | |
| **MARYANNE ALLENDER** | | 200.00 | |
| **MATTHEW D BIXBY** | | 20.00 | |
| **MAURICE GEISLER & GABRIELLE GEISLER JT T** | | 100.00 | |
| **MELANIE A WRIGHT TOD ZACHARY T BENNETT S** | | 775.00 | |

List of equity security holders consists of 31 total page(s)

In re: **Ferrellgas Partners, L.P.**
_____          Case No. _____
                    **Debtor(s)**

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **MELINDA J CIHONE** | | **46.00** | |
| **MICHAEL BRAUDE** | | **1,000.00** | |
| **MICHAEL E GASKINS & KATHERINE M GASKINS** | | **10.00** | |
| **MICHAEL J COPPOLELLA** | | **200.00** | |
| **MICHAEL J MCDOWELL & LORRAINE F MCDOWELL** | | **130.00** | |
| **MICHAEL J SCHULTZ & DEBORAH A SCHULTZ JT** | | **1.00** | |
| **MICHAEL MURPHY 11304655** | | **1.00** | |
| **MICHAEL SAFRANEK** | | **257.00** | |
| **MICHAEL W PORTWOOD** | | **100.00** | |
| **MICHAELA C MYERS** | | **70.00** | |
| **MICHELLE LAYTON CUST ALEXANDRIA M LAYTON** | | **119.00** | |
| **MICHELLE LAYTON CUST RICHARD K LAYTON UT** | | **119.00** | |
| **MICHELLE R LEWIS KING** | | **200.00** | |

In re:  **Ferrellgas Partners, L.P.**                                    Case No. _____
_____
                        **Debtor(s)**

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **MILLICENT J MEADLEY** | | **300.00** | |
| **MORRIS LEVINE** | | **4,000.00** | |
| **MORRIS LEVINE TR UA 01/18/02 MORRIS LEVI** | | **2,000.00** | |
| **NANCY A TOELKE** | | **155.00** | |
| **NEIL F MURPHY TR UA 05/11/1993 NEIL F MU** | | **1,000.00** | |
| **NEIL W MASSER** | | **5,500.00** | |
| **NINA KREPS** | | **10.00** | |
| **NISHELLE M COX** | | **100.00** | |
| **NORMA NIELSEN IMSDAHL** | | **100.00** | |
| **NORMAN GLASS & ADINA GLASS JT TEN** | | **28.00** | |
| **NORMAN GLASS CUST ASHER GLASS UTMA KS** | | **28.00** | |
| **ORAN A WATTS III** | | **200.00** | |
| **OTTO C ALBRECHT** | | **900.00** | |
| **PAM BENNETT** | | **101.00** | |

In re:  **Ferrellgas Partners, L.P.**                                                Case No. _____
                                        _____
                                        **Debtor(s)**

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **PAMELA A. BRUECKMANN** | | 41,914.00 | |
| **PASTY J HINSON & RONNY S SMITH JT TEN** | | 30.00 | |
| **PATRICIA DEEM-ARRINGTON** | | 555.00 | |
| **PAUL A BRAUCH** | | 450.00 | |
| **PAUL A SENSOR & M CAROL SENSOR JT TEN** | | 227.00 | |
| **PEGGY J HENSLEE TOD CARL R FORSHEY JR SU** | | 327.00 | |
| **PETER S ASWAD** | | 300.00 | |
| **PETER VAN KEUREN** | | 21.00 | |
| **PHILOMENA H EFFINGHAM** | | 500.00 | |
| **PHYLLIS L MICK TR UA 05/29/1996 DAVID L** | | 122.00 | |
| **PRINCE REALTY & INVESTMENT CO** | | 160,550.00 | |
| **RAINER M MAKIRINNE TOD IRENE M SALO SUBJ** | | 2,000.00 | |
| **RAINER M MAKIRINNE TOD JOHN WILLIAM MAKI** | | 2,000.00 | |

List of equity security holders consists of 31 total page(s)

In re:  **Ferrellgas Partners, L.P.**                                           Case No. _____
                                          _____
                                          **Debtor(s)**

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **RAINER M MAKIRINNE TOD T MARIANNE SETALA** | | **2,000.00** | |
| **RALPH A CIHONE JR** | | **45.00** | |
| **RALPH R KINGSLAND & FLORENCE KINGSLAND T** | | **100.00** | |
| **RALPH R KINGSLAND & FLORENCE KINGSLAND T** | | **100.00** | |
| **RAMONA A MEYER & DALE E MEYER TEN COM** | | **150.00** | |
| **RAMONA F FUENFHAUSEN & WILLIAM G FUENHAU** | | **200.00** | |
| **RAYMOND J KEMPE** | | **2,000.00** | |
| **RAYMOND L MONK JR & RAYMOND L MONK JT TE** | | **1,044.00** | |
| **REBECCA FOULKE LEE** | | **50.00** | |
| **RENEE E ECKENROTH** | | **100.00** | |
| **RETA DIANNA ENDERS TR UA 06/08/09 RETA D** | | **300.00** | |
| **RICHARD C BASQUIN** | | **56.00** | |
| **RICHARD KATZ & BETTY KATZ JT TEN** | | **4.00** | |

In re:  **Ferrellgas Partners, L.P.**                                   Case No. _____
                                      **Debtor(s)**

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **RICHARD RULON & JULIE J RULON JT TEN** | | 100.00 | |
| **RICHARD SUNKO** | | 700.00 | |
| **RICHARD WAGNER** | | 361.00 | |
| **RIO GRANDE VALLEY GAS INC** | | 33,425.00 | |
| **ROBERT B MORGAN** | | 100.00 | |
| **ROBERT BIERNAT** | | 1,000.00 | |
| **ROBERT C COLE TR ERNEST C GRAY JR CHARIT** | | 60.00 | |
| **ROBERT C PURVIS** | | 7,757.00 | |
| **ROBERT DIETZSCH** | | 58.00 | |
| **ROBERT E MICHALSKI & ANNA L MICHALSKI JT** | | 100.00 | |
| **ROBERT HART** | | 3,510.00 | |
| **ROBERT M PALM** | | 1,700.00 | |
| **ROBERT R SLOPER TOD SUSAN B BADTKE SUBJE** | | 200.00 | |
| **ROBERTA KEATING TR** | | 743.00 | |

List of equity security holders consists of 31 total page(s)

In re:  **Ferrellgas Partners, L.P.**                                        Case No. _____
                                        **Debtor(s)**

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ROBYN NETH & HAROLD NETH JT TEN** | | 100.00 | |
| **ROGER C FINNEGAN & JULIE M FINNEGAN TEN** | | 100.00 | |
| **ROGER L ANDERSON & JENNIFER K ANDERSON J** | | 58.00 | |
| **ROMULO E CARINO TOD ON FILE SUBJECT TO C** | | 99.00 | |
| **RONALD R PEARSALL SR & PATRICIA A PEARSA** | | 200.00 | |
| **ROSEMARY MCELROY** | | 300.00 | |
| **ROY DEWITT** | | 100.00 | |
| **RUDOLPH J FORSTER TR FORSTER LIVING TRUS** | | 11,168.00 | |
| **RUSS LERMAN** | | 150.00 | |
| **RYAN M VERDERY & MELISSA E VERDERY JT TE** | | 11.00 | |
| **RYAN R MORGAN** | | 100.00 | |
| **SAMUEL L TATE & BONNIE L TATE TR UA 10/1** | | 3,212.00 | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

In re:   **Ferrellgas Partners, L.P.**                                    Case No. _____
                                    **Debtor(s)**

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **SANDRA COX-ESMAHAN & SABRI ESMAHAN JT TE** | | 100.00 | |
| **SANDRA G OESTRIKE TR UA 09/06/2019 OESTR** | | 3,000.00 | |
| **SANDRA URDAL CUST BRIAN URDAL UTMA IL** | | 25.00 | |
| **SANDRA URDAL CUST GREGORY URDAL UTMA IL** | | 25.00 | |
| **SARA E TROWER & SARA S RHODES & LAUREN R** | | 794.00 | |
| **SARA E TROWER & SARA S RHODES & LAUREN R** | | 500.00 | |
| **SARAH C BIXLER** | | 10.00 | |
| **SARAH SOUTHWELL** | | 37700 | |
| **SHAHIDUL ISLAM** | | 56.00 | |
| **SHARON A GROULX** | | 1,265.00 | |
| **SHARON L BEATTY** | | 18,425.00 | |
| **SHARYN E MCQUAID CUST RODERICK MCQUAID U** | | 200.00 | |
| **SHERRY J SOSNA & JAY M FULTON JT TEN** | | 200.00 | |

List of equity security holders consists of 31 total page(s)

In re:  **Ferrellgas Partners, L.P.**
_____    Case No. _____
                                       **Debtor(s)**

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **SHERYL S DOUGLAS** | | **100.00** | |
| **SHIRLEY E VANN** | | **400.00** | |
| **SHIRLEY PADDEN & JANET L COTE JT TEN** | | **600.00** | |
| **SHIRLEY PESSES TR SHIRLEY PESSES TRUST U** | | **100.00** | |
| **SIDNEY DON RULON** | | **90.00** | |
| **SONJA M PASS & JOSEPH J PASS JT TEN** | | **200.00** | |
| **SOPHIE MIRIAM BLACKMAN TRAVIS** | | **100.00** | |
| **ST PAUL'S LUTHERAN CHURCH** | | **500.00** | |
| **STANLEY D HAYWARD** | | **100.00** | |
| **STEVEN A MIGLIORE & ANDREA J MIGLIORE JT** | | **134.00** | |
| **STEVEN STEGER** | | **8.00** | |
| **STEVEN W BURGESS** | | **3.00** | |
| **SUSAN J LALLY TRUST 01032001 UA SUSAN J** | | **484.00** | |
| **SUSAN R COLLINS** | | **200.00** | |

List of equity security holders consists of 31 total page(s)

In re:  **Ferrellgas Partners, L.P.**          Case No. _____
                          *Debtor(s)*

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| THELMA M STEGER | | 655.00 | |
| THEODOR EHRMAN & ELAINE EHRMAN JT TEN | | 307.00 | |
| THOMAS A MOORE | | 500.00 | |
| THOMAS C WOODS IV | | 300.00 | |
| THOMAS M DERNBACH & SHARON A DERNBACH JT | | 1,000.00 | |
| THOMAS M THEISS | | 100.00 | |
| THOMAS M WAGNER & ALISON R WAGNER JT TEN | | 140.00 | |
| THOMAS M WESTFALL & MARGARET B WESTFALL | | 623.00 | |
| THOMAS W BOOHER & DENISE BOOHER JT TEN | | 90.00 | |
| TIM POWERS | | 48.00 | |
| TIMOTHY H BOOHER & VICKI L BOOHER JT TEN | | 102.00 | |
| TORI RAPKIN | | 473.00 | |
| TRACEY MCCLEARY | | 20.00 | |

List of equity security holders consists of 31 total page(s)

In re:  **Ferrellgas Partners, L.P.**                                    Case No. _____
                          *Debtor(s)*

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **TRACI STEWART** | | **24.00** | |
| **TRAVIS FOX** | | **2.00** | |
| **TY B FELTEN** | | **2.00** | |
| **V CALVIN PURVIS** | | **11,519.00** | |
| **VILMA T SMITH** | | **200.00** | |
| **WALTER A BROWN** | | **2,000.00** | |
| **WALTER FREES** | | **300.00** | |
| **WALTER R BITTNER & LINDA D BITTNER JT TE** | | **654.00** | |
| **WENDY FURBAY CUST KENNEDY LEE FURBAY UND** | | **10.00** | |
| **WESLEY L HERRIN** | | **4,239.00** | |
| **WILLAIM PORTER JR & KATHLEEN G PORTER JT** | | **400.00** | |
| **WILLIAM BLACKMORE** | | **1,500.00** | |
| **WILLIAM C RUONA** | | **127.00** | |
| **WILLIAM D SCOTT & MARIE J SCOTT JT TEN** | | **1,044.00** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re:  **Ferrellgas Partners, L.P.**                                    Case No. _____

                                    _Debtor(s)_

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **WILLIAM G BOHN** | | **800.00** | |
| **WILLIAM IRELAND III** | | **250.00** | |
| **WILLIAM J RYAN & BEVERLY ANN RYAN JT TEN** | | **100.00** | |
| **WILLIAM JAMES LEANOS** | | **85.00** | |
| **WILLIAM M WHITE JR** | | **775.00** | |
| **WILLIAM PORTER JR & KATHLEEN G PORTER JT** | | **800.00** | |
| **WILLIAM R HENDRICKSON** | | **200.00** | |
| **WILLIAM R HENDRICKSON** | | **100.00** | |
| **Y N DANG & MINHHANH T NGUYEN JT TEN** | | **1,923.00** | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Chief Executive Officer and President** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    01/10/2021                        Signature    /s/ James E. Ferrell
                                                      **James E. Ferrell**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## WRITTEN CONSENT BY THE SOLE GENERAL
## PARTNER OF FERRELLGAS PARTNERS, L.P.

The undersigned, being the sole general partner ("GP") of FERRELLGAS PARTNERS, L.P., a Delaware limited partnership ("MLP"), in its capacity as GP does hereby adopt the following resolutions effective as of January 10 , 2021:

> WHEREAS, due to unexpected financial challenges in recent years, MLP has been unable to service its debt obligations due, among other things, to restrictions on the ability of MLP's principal subsidiary, Ferrellgas L.P. ("OLP"), to transfer funds obtained from its operations to MLP; and

> WHEREAS, MLP has accordingly encountered liquidity challenges that left it unable to repay the principal and interest under the 2020 Notes issued by MLP ("2020 Notes") on the June 15, 2020 maturity date; and

> WHEREAS, after an extended period of negotiations with a group holding or controlling approximately 75% of the aggregate outstanding principal amount of the 2020 Notes, a prepackaged set of restructuring agreements has been agreed; and

> WHEREAS, after consultation with, and in reliance upon the opinions and views of, experienced restructuring legal counsel, investment bankers experienced in restructuring transactions, accountants, tax advisers and other professionals as to matters within the scope of their respective expertise or professional competence, GP has determined that it is in, or not inconsistent with, the best interests of MLP for MLP and its wholly owned subsidiary, Ferrellgas Partners Finance Corp. ("FPFC"), to enter into and to perform its or their obligations with respect to the transactions outlined and set forth in Prepackaged Joint Chapter 11 Plan of Reorganization for Ferrellgas Partners L.P. and Ferrellgas Partners Finance Corp., substantially in the form presented to the GP (the "Plan") and to solicit votes to accept or reject the Plan as required by applicable law (the "Solicitation");

NOW, THEREFORE, BE IT

**RESOLVED,** that MLP be, and hereby is, authorized to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court"); and, BE IT

**RESOLVED FURTHER**, that GP and each officer of GP, and MLP (each, an "Authorized Party") is hereby delegated authority and directed to take, in each case with the advice of, and in reliance upon the opinions and views of, counsel and the other advisors to MLP and GP, (a) any and all actions necessary or appropriate to prepare for and cause such filings to occur, including, without limitation, by causing the preparation, execution, verification, and/or filing of all petitions, schedules, statements, lists, "first day" motions and applications, and other necessary or appropriate pleadings or papers, and (b) any and all other necessary or appropriate actions in furtherance of commencing a bankruptcy case (the "Bankruptcy Cases"), obtaining necessary or

appropriate relief from the Court, and/or otherwise transitioning into operating under chapter 11 and any other relevant provisions the Bankruptcy Code; and, BE IT

**RESOLVED FURTHER,** that MLP hereby expressly approves the transactions (and each of them) contemplated by the Plan and by the Solicitation; and, BE IT

**RESOLVED FURTHER**, that, for the avoidance of doubt, GP hereby ratifies the execution and delivery by MLP of the Transaction Support Agreement dated as of December 10, 2020 ("TSA"), which document is attached as an exhibit to the Solicitation, and authorizes MLP fully to perform its obligations under, or contemplated by, the TSA and the Plan; and, BE IT

**RESOLVED FURTHER**, that MLP and each Authorized Party be, and each of them hereby is, authorized and directed to take (or to cause to be taken) any and all actions that such entity or persons may deem necessary or appropriate to give full force and effect to the purposes of the TSA and the Plan; and, BE IT

### Retention of Professionals

**RESOLVED FURTHER**, that, subject to the Court's approval, the law firm of Squire Patton Boggs (US) LLP ("SPB") is hereby retained on the terms set forth in SPB's Engagement Letter, dated December 16, 2020 (as may be amended or modified from time to time) to serve as MLP's and FPFC's primary bankruptcy and restructuring counsel in connection with the Bankruptcy Cases and to advise and assist MLP and FPFC with respect to all aspects of the Bankruptcy Cases, including, without limitation, (a) preparing and filing all necessary or appropriate documents to commence the Bankruptcy Case, (b) obtaining necessary or appropriate relief from the Court, (c) operating under Chapter 11 and other relevant provisions of the Bankruptcy Code, and (d) otherwise performing its duties as a debtor and debtor-in-possession;

**RESOLVED**, that MLP is hereby authorized and directed to continue to periodically replenish, as required and as approved by the Court, the retainer in the amount of $100,000 previously paid to SPB on account of the services rendered or to be rendered by it;

**RESOLVED**, that Chipman, Brown, Cicero & Cole, LLP ("Chipman") is hereby retained on the terms set forth in its Engagement Letter, dated December 3, 2020, (and as may be amended, restated or modified from time to time) to serve as the MLP's and FPFC's Delaware bankruptcy and restructuring counsel;

**RESOLVED**, that MLP is hereby authorized and directed to continue to periodically replenish, as required and as approved by the Court, the retainer in the amount of $100,000 previously paid to Chipman on account of the services rendered or to be rendered by it;

**RESOLVED**, that, subject to the Court's approval, Moelis & Company LLC ("Moelis") is hereby retained on the terms set forth in its Engagement Letter, effective as of December 10, 2020 (as may be amended or modified from time to time) to serve as the MLP's investment banker in the Bankruptcy Case;

**RESOLVED FURTHER**, that, subject to the Court's approval, Ryniker Consultants ("Ryniker") is hereby retained on the terms set forth in Ryniker's Engagement Letter, dated

December 4, 2020 (as may be amended or modified from time to time) to serve as MLP's and FPFC's primary bankruptcy and restructuring financial advisor in connection with the Bankruptcy Cases and to advise and assist MLP and FPFC with respect to all aspects of the Bankruptcy Cases;

**RESOLVED**, that MLP is hereby authorized and directed to continue to periodically replenish, as required and as approved by the Court, the retainer in the amount of $50,000 previously paid to Ryniker on account of the services rendered or to be rendered by it;

**RESOLVED FURTHER**, that, subject to the Court's approval, Prime Clerk LLC ("Prime Clerk") is hereby retained on the terms set forth in Prime Clerk's Engagement Agreement, dated December 8, 2020 (as may be amended or modified from time to time) to serve as MLP's and FPFC's claims, noticing and solicitation agent in connection with the Bankruptcy Cases;

**RESOLVED**, that MLP is hereby authorized and directed to continue to periodically replenish, as required and as approved by the Court, the retainer in the amount of $50,000 previously paid to Prime Clerk on account of the services rendered or to be rendered by it;

## Other Bankruptcy Authorizations

**RESOLVED**, that MLP and each Authorized Party is authorized and empowered to (a) take or cause to be taken any and all further action(s), (b) engage other professionals, (c) execute and deliver further documents and instruments, and (d) pay fees and expenses, all as such parties deem necessary or appropriate in order to fully carry out the intent and accomplish the purposes of these resolutions;

**RESOLVED**, that any and all actions previously taken by (or under the direction of) the officers and/or directors of GP and MLP in the name or otherwise on behalf of MLP with respect to the commencement of the Bankruptcy Case or otherwise in furtherance of any or all of these resolutions are hereby ratified, confirmed, and approved; and

**RESOLVED**, that these resolutions may be executed by facsimile, telecopy or other reproduction method, and such execution shall be considered valid, binding, and effective for all purposes.

[*Signatures on the following page*]

IN WITNESS WHEREOF, the undersigned has executed this consent as of the date first written above.

FERRELLGAS, INC., in its capacity as sole General Partner of FERRELLGAS PARTNERS, L.P.

By: _____

Name:   James E. Ferrell

Title:    Chief Executive Officer and President

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```
In re:                                              :          Chapter 11
                                                    :
FERRELLGAS PARTNERS, L.P., AND                      :          Case No.: 21-_____(____)
FERRELLGAS PARTNERS FINANCE CORP.,[1]               :          (Joint Administration Requested)
                                                    :
                        Debtors.                    :
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**ATTACHMENT TO VOLUNTARY PETITION FOR
NON-INDIVIDUALS FILING FOR BANRKUPTCY UNDER CHAPTER 11**

1.      If any of the debtor's securities are registered under Section 12 of the Securities

Exchange Act of 1934, the SEC file number is[2]:  001-11331.

2.      The following financial date is the latest available information and refers to the

debtor's condition on December 18, 2020.

       a.  Total assets:   $100,000-500,000 million

       b.  Total debts[3]:   $100,000-500,000 million

       c.  Debt securities held by more than 500 holders:  N/A

       d.  Number of shares of preferred stock: 0

       e.  Number of shares of common stock: 97, 152, 665

3.      Description of debtor's business:

Ferrellgas Partners, L.P. ("HoldCo") is a publicly traded Delaware limited partnership
formed in 1994 that has two direct subsidiaries, Debtor Partners Finance and non-debtor Ferrellgas,
L.P. ("OpCo").  HoldCo owns 100% of Partners Finance and owns 99% of the limited partnership
interests in OpCo.  HoldCo has no operations, no employees and, other than its equity interests in

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
Ferrellgas Partners, L.P. (8480), and Ferrellgas Partners Finance Corp. (2520).  The corporate headquarters and the
mailing address for the Debtors is 7500 College Boulevard, Suite 1000, Overland Park, KS 66210.
[2] Ferrellgas Partners, L.P. submits its securities are not registered under section 12 of the Securities and Exchange Act
but provides the filing number for convenience.
[3] Includes debts listed in 2.c.

Partners Finance and OpCo, does not have any material assets.  FGI, a Delaware corporation and a wholly-owned subsidiary of non-debtor Ferrell Companies, Inc. ("FCI"), a Kansas corporation, is the sole general partner of HoldCo and one of three general partners of OpCo.  FGI has retained an approximate 1% general partner economic interest in HoldCo and also holds an approximate 1% general partner economic interest in OpCo.

Debtor, primarily through non-debtor OpCo, is a leading distributor of propane and related equipment and supplies to customers in the United States.  Ferrellgas is the second largest retail marketer of propane in the United States as measured by the volume of retail sales in fiscal year 2020 and a leading national provider of propane by portable tank exchange.  Ferrellgas serves residential, industrial/commercial, portable tank exchange, agricultural, wholesale and other customers in all 50 states, the District of Columbia and Puerto Rico.

4.      Names of any persons who direct or indirectly owns, controls, or holds, with the power to vote 5% or more of the voting securities of debtor:  Ferrell Companies, Inc., James E. Ferrell.

**Fill in this information to identify the case:**

Debtor name     __Ferrellgas Partners, L.P.__

United States Bankruptcy Court for the:    __DISTRICT OF DELAWARE__

Case number (if known)    __21-__

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒   Other document that requires a declaration    __List of Equity Security Holders__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __January 11, 2021__     X __/s/ James E. Ferrell__
                                           Signature of individual signing on behalf of debtor

                                      James E. Ferrell
                                      Printed name

                                      Chief Executive Officer and President
                                      Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                             Best Case Bankruptcy