IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------x
In re:                                    :    Chapter 11
                                          :
FERRELLGAS PARTNERS, L.P. AND             :    Case No.: 21-10021 (MFW)
FERRELLGAS PARTNERS FINANCE CORP.[1]      :    (Jointly Administered)
                                          :
               Debtors.                   :
------------------------------------------x

**NOTICE OF MOTION OF THE DEBTORS PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR AN ORDER APPROVING A SETTLEMENT AGREEMENT AND GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on January 22, 2021, the above-captioned debtors and debtors-in-possession (the "Debtors") filed *Motion of the Debtors Pursuant to Section 105 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving Settlement Agreement and Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that simultaneously herewith, the Debtors have filed the *Debtors' Motion for an Expedited Hearing with Respect to the Motion of the Debtors Pursuant to Section 105 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving Settlement Agreement and Granting Related Relief* (the "Motion to Shorten").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have requested a hearing date with respect to the Motion of **February 8, 2021 at 10:30 a.m. (*prevailing* Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have requested that the Court set the deadline to file objections to the Motion as **February 3, 2021, at 10:00 a.m. (*prevailing* Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that all parties will be provided with a notice of hearing once the date and time for any objections to the Motion and any hearing on the Motion have been scheduled by the Court.

**[SIGNATURE PAGE TO FOLLOW]**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Ferrellgas Partners, L.P. (8480), and Ferrellgas Partners Finance Corp. (2520). The corporate headquarters and the mailing address for the Debtors is 7500 College Boulevard, Suite 1000, Overland Park, KS 66210.

Date:  January 22, 2020

**CHIPMAN, BROWN, CICERO & COLE, LLP**

By: /s/ *Mark L. Desgrosseilliers*
William E. Chipman, Jr. (No. 3818)
Mark L. Desgrosseilliers (No. 4083)
Robert A. Weber (No. 4013)
Hercules Plaza
1212 N. Market Street
Suite 5400
Wilmington, DE 19801
Email: Chipman@chipmanbrown.com
          Desgross@chipmanbrown.com
          Weber@chipmanbrown.com

   -and-

**SQUIRE PATTON BOGGS (US) LLP**
Stephen D. Lerner (admitted *pro hac vice*)
201 E. Fourth Street
Suite 1900
Cincinnati, OH 45202
Telephone: 513-361-1200
Facsimile: 513-361-1201
Email: Stephen.lerner@squirepb.com

Jeffrey N. Rothleder (admitted *pro hac vice*)
Christopher J. Giaimo (admitted *pro hac vice*)
2550 M Street, NW
Washington, DC 20037
Telephone: 202-457-6000
Facsimile: 202-451-6315
Email: Jeffrey.rothleder@squirepb.com
          Christopher.giaimo@squirepb.com

Maura P. McIntyre (admitted *pro hac vice*)
4900 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone: 216-479-8500
Facsimile: 216-479-9790
Email: Maura.mcintyre@squirepb.com

*Proposed Counsel to the Debtors*

- 2 -