# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------- x
In re: : Chapter 11
 :
FERRELLGAS PARTNERS, L.P., AND : Case No.: 21-10021 (MFW)
FERRELLGAS PARTNERS FINANCE CORP.,[1] : (Jointly Administered)
 :
                Debtors. : **Related Docket Nos. 49, 81 and 82**
---------------------------------------- x

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT
### OF CHIPMAN BROWN CICERO & COLE, LLP AS COUNSEL
### TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

Upon the application (the "Application")[2] filed by the above-captioned debtors and debtors-in-possession (the "Debtors") for entry of an order, pursuant to sections 327(a), 328(a) and 1107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rules 2014(a), 2016(b), and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing the retention and employment of Chipman Brown Cicero & Cole, LLP ("CBCC") as counsel to the Debtors *nunc pro tunc* to the Petition Date; the Court, having reviewed the Application, the Chipman Declaration, and the 2016 Statement, finds that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, that this is a core matter pursuant to 28 U.S.C. § 157(b)(2), that notice of the Application was sufficient under the circumstances, and that no further notice need be given; and the legal and factual bases set forth in the Application established just cause for the relief granted herein;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Ferrellgas Partners, L.P. (8480), and Ferrellgas Partners Finance Corp. (2520). The corporate headquarters and the mailing address for the Debtors is 7500 College Boulevard, Suite 1000, Overland Park, KS 66210.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

**IT IS HEREBY ORDERED THAT:**

1. For the reasons set forth herein, the Application is GRANTED as set forth herein.

2. Pursuant to sections 327(a), 328(a) and 1107(b) of the Bankruptcy Code, Rules 2014(a), 2016(b) and 5002, and Local Rule 2014-1, the Debtors are authorized to retain and employ CBCC as counsel *nunc pro tunc* to the Petition Date for the services described in the Application.

3. CBCC shall be compensated in accordance with the procedures set forth in the Application, sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and Orders of this Court.

4. In each Interim Fee Application and final fee application, all attorneys who have been or are hereafter retained pursuant to sections 327 or 1103 of the Bankruptcy Code (i) shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Rules and any other applicable procedures and orders of the Court, and (ii) intend to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013*.

5. The terms of this Order shall be immediately effective and enforceable upon its entry.

6. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the interpretation, implementation and enforcement of this Order.

**Dated: February 3rd, 2021**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**