IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| FERRELLGAS PARTNERS, L.P. AND FERRELLGAS PARTNERS FINANCE CORP.[1] | Case No.: 21-10021 (MFW) |
|  | (Jointly Administered) |
| Debtors. | **Related Docket No. 199** |

### ORDER SUSTAINING DEBTORS' SUBSTANTIVE OBJECTION TO PROOF OF CLAIM NUMBER 3 FILED BY LILY YANG

Upon the objection (the "<u>Objection</u>")[2] of the Debtors for entry of an order disallowing and expunging Claim 3 in its entirety, as more fully set forth in the Objection; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Objection in this District is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been given under the circumstances; and this Court having found that good and sufficient cause exists for the relief granted by this Order, it is HEREBY ORDERED THAT:

1. The Objection is sustained, as set forth herein.

2. Claim 3 is disallowed and expunged in its entirety.

3. The Debtors' notice and claims agent, Prime Clerk, LLC, which maintains the claims register in these Chapter 11 cases, is authorized and directed to update the claims register maintained in these Chapter 11 Cases to reflect the relief granted in this Order.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Ferrellgas Partners, L.P. (8480), and Ferrellgas Partners Finance Corp. (2520). The corporate headquarters and the mailing address for the Debtors is 7500 College Boulevard, Suite 1000, Overland Park, KS 66210.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed in the Objection.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Debtors' rights under the Bankruptcy Code or any other applicable law.

5. Entry of this Order is without prejudice to the Debtors' rights to object to any other claims in the Chapter 11 Cases or to further object to any other claims held by the Claimant not hereby disallowed or expunged, on any grounds whatsoever, at a later fate.

6. The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

8. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: April 22nd, 2021  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE